## U.S. District Court
## California Northern District (San Francisco)
## CIVIL DOCKET FOR CASE #: 3:23−cv−03944−JCS

Cabo et al v. Fenwick & West LLP  
Assigned to: Magistrate Judge Joseph C. Spero  
Demand: $25,000,000  
Cause: 28:1332 Diversity−Fraud  

Date Filed: 08/07/2023  
Date Terminated: 08/22/2023  
Jury Demand: Plaintiff  
Nature of Suit: 370 Other Fraud  
Jurisdiction: Diversity  

**Plaintiff**

**Leandro Cabo**    represented by    **William M. Audet**  
Audet & Partners, LLP  
711 Van Ness Avenue  
Suite 500  
San Francisco, CA 94102−3229  
415−568−2555  
Fax: 415.568−2556  
Email: waudet@audetlaw.com  
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ryan Henderson**    represented by    **William M. Audet**  
(See above for address)  
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kyle Rupprecht**    represented by    **William M. Audet**  
(See above for address)  
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Vijeth Shetty**    represented by    **William M. Audet**  
(See above for address)  
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Warren Winter**    represented by    **William M. Audet**  
(See above for address)  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Fenwick & West LLP**

| Date Filed | # | Docket Text |
|---|---|---|

| | | |
|---|---|---|
| 08/07/2023 | 1 | COMPLAINT against Fenwick & West LLP ( Filing fee $ 402, receipt number ACANDC–18517717.). Filed byVijeth Shetty, Leandro Cabo, Kyle Rupprecht, Ryan Henderson, Warren Winter. (Attachments: # 1 Civil Cover Sheet)(Audet, William) (Filed on 8/7/2023) (Entered: 08/07/2023) |
| 08/07/2023 | 2 | Proposed Summons. (Audet, William) (Filed on 8/7/2023) (Entered: 08/07/2023) |
| 08/07/2023 | 3 | Case assigned to Magistrate Judge Joseph C. Spero.<br><br>Counsel for plaintiff or the removing party is responsible for serving the Complaint or Notice of Removal, Summons and the assigned judge's standing orders and all other new case documents upon the opposing parties. For information, visit *E–Filing A New Civil Case* at http://cand.uscourts.gov/ecf/caseopening.<br><br>Standing orders can be downloaded from the court's web page at www.cand.uscourts.gov/judges. Upon receipt, the summons will be issued and returned electronically. A scheduling order will be sent by Notice of Electronic Filing (NEF) within two business days. Consent/Declination due by 8/21/2023. (bw, COURT STAFF) (Filed on 8/7/2023) (Entered: 08/07/2023) |
| 08/07/2023 | 4 | Summons Issued as to Fenwick & West LLP. (cv, COURT STAFF) (Filed on 8/7/2023) (Entered: 08/07/2023) |
| 08/07/2023 | 5 | **Initial Case Management Scheduling Order with ADR Deadlines: Case Management Statement due by 11/10/2023. Initial Case Management Conference set for 11/17/2023 02:00 PM in San Francisco, Courtroom D, 15th Floor. (cv, COURT STAFF) (Filed on 8/7/2023) (Entered: 08/07/2023)** |
| 08/22/2023 | 6 | **CONDITIONAL TRANSFER ORDER (CTO–3), MDL 3076. In Re: FTX Cryptocurrency Exchange Collapse Litigation. Signed by MDL Panel on 8/21/2023. (wsn, COURT STAFF) (Filed on 8/22/2023) (Entered: 08/22/2023)** |